UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

---

No. 96-2552
(CA-96-1456-A)

---

Michael R. Fuller, et al,

                              Plaintiffs - Appellants,

        versus

Commonwealth of Virginia,

                              Defendant - Appellee.

---

O R D E R

---

The Court amends its opinion filed March 10, 1997, as follows:

On the cover sheet, section 3, line 2 -- the district judge's name is corrected to read "James C. Cacheris, Chief District Judge."

                              For the Court - By Direction

                              /s/ Patricia S. Connor

                              _____
                                            Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-2552**

———————————

MICHAEL R. FULLER; NANCY J. HALSTEAD,

Plaintiffs - Appellants,

versus

COMMONWEALTH OF VIRGINIA,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Chief District Judge. (CA-96-1456-A)

———————————

Submitted: February 27, 1997       Decided: March 10, 1997

———————————

Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Michael R. Fuller, Nancy J. Halstead, Appellants Pro Se. Rita Marie Sampson, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

2

PER CURIAM:

Appellants appeal the district court's order denying their motion to remove their state criminal prosecution from the Commonwealth of Virginia to a federal court. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Fuller v. Virginia</u>, No. CA-96-1456-A (E.D. Va. Oct. 10, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>